# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRESTIGIOUS RESIDENTIAL, INC.

VERSUS

BRITTANY DUNN AND JONATHON WEAVER

NO.   2026 CW 0654

**JULY 27, 2026**

---

In Re:   Brittany Dunn and Jonathon Weaver, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 2024831.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the transcript of the Trial De Novo, despite this court's prior action. See **Prestigious Residential Inc. v. Dunn**, 2026-0141 (La. App. 1st Cir. 4/20/26), 2026 WL 1078231 (unpublished).

Supplementation of this writ application and/or an application for rehearing will not be considered. See Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT